COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING
# AND REHEARING EN BANC

Case number:      01-13-01062-CV

Style:             *Brenda Herbert, The Estate of Henry Bolton, and Ruby Bolton, Appellants v. Laura Urbina, Appellee*

Type of motion:     Motion for rehearing and rehearing en banc

Party filing motion:   Appellants

The panel, having voted to deny rehearing en banc, and the Court, having voted unanimously against rehearing en banc, it is **ordered** that the motion for rehearing and rehearing en banc is **denied**.

Judge's signature:     /s/ Jane Bland
                             Acting for the Court

Before: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date:   February 12, 2015